UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brooklyn Center Leased Housing Associates,

Plaintiff,

v.

CIVIL 02-700 (JRT/FLN)

City of Brooklyn Center,

Defendant.

- - - - - - - - - - - - - - - - - -

Brooklyn Center Leased Housing Associates,

Plaintiff,

v.

CIVIL 02-869 (JMR/FLN)

City of Brooklyn Center, et al.,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER OF DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF RELATED CASE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case No. 02-700 having been assigned to Judge John R. Tunheim and Case Nos. 02-869 having later been assigned to Chief Judge James M. Rosenbaum and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 02-869 be assigned to Judge John R. Tunheim and Magistrate Judge Franklin L. Noel, nunc pro tunc, by use of a card on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Order for Assignment of Cases dated April 2, 2001.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

DATED: May 29, 2002.

Judge John R. Tunheim
United States District Court

DATED: May 29, 2002.

Chief Judge James M. Rosenbaum
United States District Court

FILED MAY 3 0 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ____
DEPUTY CLERK ____

Pursuant to an Order of Reassignment of Related Cases, this case is reassigned to

Judge John R. Tunheim
and
Magistrate Judge Franklin L. Noel

NEW CASE INFORMATION 02-869 JRT/FLN
Please use this case information for all further filings.