UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brooklyn Center Leased Housing Associates Limited Partnership,

Plaintiff,

v.

City of Brooklyn Center,

Defendant.

Civil No. 02-869 JMR/FLN

PRETRIAL SCHEDULE

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

a. All motions which seek to amend the pleadings or add parties must be served by October 1, 2002.

b. All discovery shall be commenced in time to be completed by April 1, 2003.

c. No more than 20 interrogatories, including all discrete subparts, shall be served by any party.

d. No more than 5 depositions shall be taken by any party.

e. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by June 1, 2003. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to



JUN 3 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. <u>Expert Disclosure and Discovery</u>:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By Plaintiff(s) on or before April 1, 2003.

2) By Defendant(s) on or before April 1, 2003.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By plaintiff(s) on or before May 10, 2003.

2) By defendant(s) on or before May 10, 2003.

c. Depositions of expert witnesses shall be completed on or before June 1, 2003.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. <u>Dispositive Motions</u>:

a. All dispositive motions shall be filed and scheduled for hearing prior to July 1, 2003.

b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Larry Lewis at 612-664-5053.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b).

4. Trial

a. This case shall be ready for trial on and after October 1, 2003, at which time it will be placed on the court's jury trial calendar.

DATED: June 3, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge

UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA

CIVIL 02-cv-869 DATE 5/31/02 U. S. MAGISTRATE JUDGE NOEL

Brooklyn Center Leased Housing — Norman Baer

Plaintiff(s)

v.

City of Brooklyn Center — John Baker, Cliff Greene

Defendant(s)

v.

Third-Party Defendant(s)

**PRETRIAL CONFERENCE**

A. DESCRIPTION OF THE CASE

1. Nature of the case: Constitutional challenge to local housing ordinance

2. Legal and factual issues:

a) Liability: Whether local ordinance constitutes cruel & unusual punishment; or ~~[illegible]~~ violates the 4th Amendment

b) Damages:

B. THE PLEADINGS

1. All filed? yes

a. Anticipated amendments? ______

b. Additional parties? ______

2. Jury demand:

a. (yes) no

b. Any issue with respect to jury demand? yes, Δ contends no jury available for equitable claims

3. Amend Pleadings:

a. Add parties/claims/defenses 10/1/02

b. Punitive damages motion ______

C. DISCOVERY

1. Limitations on Discovery:

a) Interrogatories 20
b) Depositions 5
c) Requests for Admission N/A
d) Document Requests
e) Rule 35 Medical Exam
f) Other ______

2. Pre-Discovery Disclosures ______

3. Discovery cut-off 4/1/03

4. Other deadlines ______

5. Experts: (YES) NO

a. Identity
Plaintiff 4/1/03 Defendant 4/1/03

b. Substance of Testimony
Plaintiff 5/10/03 Defendant 5/10/03

c. Depositions; Number ______; Date 6/1/03

D. MOTIONS

1. Non-dispositive 6/1/03

2. Dispositive 7/1/03

E. TRIAL READINESS

a. Estimated Trial Time: 4 days

b. Trial Ready Date: 10/1/03

FLN

FRANKLIN L. NOEL
U. S. Magistrate Judge