UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 02-869 (JRT/FLN)

Brooklyn Center Leased Housing Associates Limited Partnership,

Plaintiff,

v.

City of Brooklyn Center,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that plaintiff's Complaint in the above-entitled action may be dismissed with prejudice and without further costs, disbursements or attorneys' fees to any party, and that the Court may enter and file the following Order:

Dated: Nov. 27, 2002

ANTHONY OSTLUND & BAER, P.A.

By: John P. Boyle
Norman J. Baer (#163715)
John P. Boyle (#186946)
90 South Seventh Street
Suite 3600
Minneapolis, MN 55402
(612) 349-6969

ATTORNEYS FOR PLAINTIFF

FILED DEC 1 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD DEC 1 2 2002
DEPUTY CLERK

Dated: 11/25, 2002

GREENE ESPEL, P.L.L.P.

By: [signature]
Clifford M. Greene, Esq.
John M. Baker, Esq.
1700 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402

ATTORNEYS FOR DEFENDANT

**ORDER**

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED that plaintiff's Complaint in the above-entitled action be and hereby is dismissed with prejudice and without further costs, disbursements or attorneys' fees to any party.

IT IS FURTHER ORDERED that, there being no just reason for delay, the Clerk shall enter judgment accordingly.

BY THE COURT:

Dated: Dec. 12, 2002

[signature]
John R. Tunheim
United States District Court Judge